DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STACY BELLOWS,**
Appellant,

v.

**SEAN BELLOWS,**
Appellee.

No. 4D17-537

[May 9, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward Garrison, Judge; L.T. Case No. 502015DR012331XXXXMB.

Ralph T. White, West Palm Beach, for appellant.

John T. Christiansen, Jr. of the Law Offices of John T. Christiansen, P.L., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***